IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANA LEVY,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

No. C 07-02139 JSW

**ORDER OF DISMISSAL**

On May 10, 2007, this Court issued an order denying Plaintiff Diana Levy's application to proceed *in forma pauperis* for failure to satisfy Federal Rule of Civil Procedure 8(a) and for lack of subject matter jurisdiction. The Court also noted that dismissal is appropriate where the claims are inextricably intertwined with the state court proceedings regarding state court litigation.

Plaintiff's complaint was dismissed with leave to amend. Plaintiff was admonished that failure to file an amended complaint setting forth a cognizable legal claim and some factual basis to support a claim with federal jurisdiction by June 1, 2007 would result in dismissal of this action without prejudice.

///
///
///
///

The Court has not received an amended complaint in this matter. Accordingly, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DIANA LEVY,

    Plaintiff,

  v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV07-02139 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Diana Levy
756 Potomac
Santa Rosa, CA 95407

Dated: July 24, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk